IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ENRIQUEZ, Individually and On Behalf of All Others Similarly Situated,<br>    *Plaintiff,*<br><br>V.<br><br>PORTABLE MUD SYSTEMS, INC.,<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. MO: 18-CV-00168 DC |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 24) filed July 18, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 25th day of July, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

Case 7:18-cv-00168-DC Document 25 Filed 07/25/19 Page 2 of 2